UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                            CASE NUMBER: 8:99-cr-97-T-26MSS

ANTONIO CINTRON
_____/

ORDER CONTINUING SUPERVISED RELEASE
AND
JUDGMENT AND COMMITMENT

Pursuant to notice, a Final Revocation of Supervised Release hearing was held in open court on October 20, 2006. The defendant appeared with counsel, Laurel Moore. Also, present was the Probation Officer and Assistant United States Attorney Christopher Tuite.

At the hearing, the defendant knowingly, intelligently and voluntarily admitted the allegations of violation of supervised release. The Court, therefore, **FINDS** that the defendant has substantially and materiably violated the terms and conditions of his supervised release and that there is just cause for continuation of the defendant's supervised release. It is, therefore,

**ORDERED AND ADJUDGED:**

1. The Judgment of Supervised Release entered herein on February 24, 2006, in the United States District Court, Middle District of Florida, as to the above-named defendant is hereby **CONTINUED.**

2. The defendant, Antonio M. Cintron, shall participate in the Home Detention Program for a period of __SIXTY (60) DAYS__ as a new condition of his supervised release. All other terms and conditions remain the same.

Page Two

DONE AND ORDERED, At Tampa, Florida, this <u>20th</u> day of October 2006.

RICHARD A. LAZZARA
United States District Judge

cc:   U.S. Attorney - Christopher Tuite/Maria Chapa-Lopez
      Defense Counsel - Laurel Moore
      Defendant - c/o Counsel
      U.S. Marshal
      U.S. Bureau of Prisons
      U.S. Probation