# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For Revocation of Probation or Supervised Release) |
| v. | |
| | Case Number: 8:99-cr-97-T-26MSS |
| ANTONIO CINTRON | USM Number: 38358-018 |
| | |
| | __Mary Mills__ |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) __1,2,4,5,6__ of the term of supervision.

_____ was found in violation of charge number(s) _____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New Criminal Conduct - DWLS | 6/6/07 |
| 2 | Failure to Notify Probation within 72 hours after being arrested or question by law enforcement | 6/9/07 |
| 4 | Failure to Notify 10 Days Prior to Change of Residence | 7/22/07 |
| 5 | Failure to Notify 10 Days Prior to Employment Change | 5/27/07 |
| 6 | Failure to Notify 10 Days Prior to Change of Residence | 5/27/07 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s) _____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

__August 16, 2007__
Date of Imposition of Judgment

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

__8/16/07__
Date

Judgment - Page __2__ of __2__

DEFENDANT: ANTONIO CINTRON
CASE NUMBER: 8:99-cr-97-T-26MSS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: ELEVEN (11) MONTHS

__X__ The Court makes the following recommendations to the Bureau of Prisons: The Coleman facility.

__X__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

  ____ at _____ a.m.   p.m.   on _____.

  ____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ____ before 2 p.m. on _____.

  ____ as notified by the United States Marshal.

  ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL